UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNA BELLE LEWIS GRAHAM, | ) | No. EDCV 11-1777 FFM |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 11, 2012

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge